In the Matter of the Claim of PATRICK BROWNE, Respondent, against DYKER CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Hinman, Whitmyer and Hill, JJ., concur; Hasbrouck, J., dissents on the ground that the employer had the right to have the claimant, during the period elapsing from October 1, 1927, to June 7, 1928, make a reasonable effort to secure better employment; that there is no evidence that he made such effort.

In the Matter of the Claim of Mrs. KASTANCYIA WUJTOWICZ, Respondent, against AMERICAN RADIATOR COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of MILDRED HALL, Respondent, against H. W. TOPP and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of C. E. CROCKER, Respondent, against ZEISER & McGEE, Defendant, and COAL MERCHANTS MUTUAL INSURANCE COMPANY OF NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ROY STARK, Respondent, against GENERAL ELECTRIC COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the ground that, while there is no direct finding of claimant's earning capacity during the period of partial disability, the evidence discloses beyond question that his earnings could not be sufficient to reduce the award made. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JAMES RUSCIANO, Respondent, against GEORGE RUSCIANO, Defendant, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, to afford the insurance carrier opportunity to be heard as to claimant's disability. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of THEODORE ANDERSON, Respondent, against HANS REES' SONS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.